**Fill in this information to identify the case:**

Debtor 1   Renee M. Leftenant

Debtor 2
(spouse, if filing)

United States Bankruptcy Court for the:   Southern District of Ohio
                                                          (State)

Case number   15-57414

Official Form 410S1

## Notice of Mortgage Payment Change                                               12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplemental to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   Mariners Atlantic Portfolio, LLC, a California Limited Liability Company

**Court claim no.** (if known):   11

**Last 4 digits** of any number you use to identify the debtor's account:   XX1369

**Date of payment change:**
Must be at least 21 days after date of this notice     04 / 01 / 19

**New total payment:**
Principal, interest, and escrow, if any     $ 223.92

| Part 1: | Escrow Account Payment Adjustment |

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No.
   ☒ Yes. Attach a copy of the escrow account statement in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $ 50.77          New escrow payment:   $ 50.70

| Part 2: | Mortgage Payment Adjustment |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable rate account?**
   ☒ No.
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:   _____ %          New interest rate:   _____ %
   Current principal and interest payment:   $ _____      New principal and interest payment:   $ _____

| Part 3: | Other Payment Change |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No.
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before payment change can take effect.)*
   Reason for change:   _____
   Current mortgage payment:   $ _____          New mortgage payment:   $ _____

| Debtor 1 | Renee M. Leftenant | | | Case number (if known) 15-57414 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Patricia L. Johnson, Esq.                      Date  03/7/2019
   Signature

Print:    Patricia L. Johnson                              Title  Attorney for Creditor
          First Name    Middle Name    Last Name

Company:  Gerner & Kearns Co., L.P.A.

Address:  7900 Tanners Gate Lane
          Number        Street
          Florence, KY 41042
          City          State        ZIP Code

Contact phone  513-241-7722                               Email  bankruptcies@gernerlaw.com

SN Servicing Corporation                                      Final
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: February 13, 2019

RENEE M LEFTENANT                                              Loan:
1873 JERMAIN DR
COLUMBUS OH 43219                                              Property Address:
                                                               1873 JERMAIN DRIVE
                                                               COLUMBUS, OH 43219

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Mar 2018 to Mar 2019. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 173.22 | 173.22 |
| Escrow Payment: | 50.77 | 50.70 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $223.99 | $223.92 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 01, 2019 |
| Escrow Balance: | 422.94 |
| Anticipated Pmts to Escrow: | 50.77 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $473.71 |

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Starting Balance | 203.11 | 253.88 |
| Mar 2018 | 50.77 | 50.77 |  |  |  | 253.88 | 304.65 |
| Apr 2018 | 50.77 | 50.77 |  |  |  | 304.65 | 355.42 |
| May 2018 | 50.77 | 50.77 |  |  |  | 355.42 | 406.19 |
| Jun 2018 | 50.77 | 50.77 | 304.64 | 304.64 | County Tax | 101.55 | 152.32 |
| Jul 2018 | 50.77 | 50.77 |  |  |  | 152.32 | 203.09 |
| Aug 2018 | 50.77 | 50.77 |  |  |  | 203.09 | 253.86 |
| Sep 2018 | 50.77 | 50.77 |  |  |  | 253.86 | 304.63 |
| Oct 2018 | 50.77 | 50.77 |  |  |  | 304.63 | 355.40 |
| Nov 2018 | 50.77 | 50.77 |  |  |  | 355.40 | 406.17 |
| Dec 2018 | 50.77 | 50.77 |  |  |  | 406.17 | 456.94 |
| Dec 2018 |  |  |  | 304.20 | * County Tax | 406.17 | 152.74 |
| Jan 2019 | 50.77 | 50.77 | 304.64 |  | * County Tax | 152.30 | 203.51 |
| Jan 2019 |  | 219.43 |  |  | * Escrow Only Payment | 152.30 | 422.94 |
| Feb 2019 | 50.77 |  |  |  | * | 203.07 | 422.94 |
|  |  |  |  |  | Anticipated Transactions | 203.07 | 422.94 |
| Mar 2019 |  | 50.77 |  |  |  |  | 473.71 |
|  | $609.24 | $828.67 | $609.28 | $608.84 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $609.28. Under Federal law, your lowest monthly balance should not have exceeded $101.55 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are

silent on this issue. Your actual lowest monthly balance was greater than $101.55. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.

SN Servicing Corporation
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: February 13, 2019

RENEE M LEFTENANT                                                                 Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
|  | To Escrow | From Escrow |  | Anticipated | Required |
|  |  |  | Starting Balance | 473.71 | 253.50 |
| Apr 2019 | 50.70 |  |  | 524.41 | 304.20 |
| May 2019 | 50.70 |  |  | 575.11 | 354.90 |
| Jun 2019 | 50.70 | 304.20 | County Tax | 321.61 | 101.40 |
| Jul 2019 | 50.70 |  |  | 372.31 | 152.10 |
| Aug 2019 | 50.70 |  |  | 423.01 | 202.80 |
| Sep 2019 | 50.70 |  |  | 473.71 | 253.50 |
| Oct 2019 | 50.70 |  |  | 524.41 | 304.20 |
| Nov 2019 | 50.70 |  |  | 575.11 | 354.90 |
| Dec 2019 | 50.70 |  |  | 625.81 | 405.60 |
| Jan 2020 | 50.70 | 304.20 | County Tax | 372.31 | 152.10 |
| Feb 2020 | 50.70 |  |  | 423.01 | 202.80 |
| Mar 2020 | 50.70 |  |  | 473.71 | 253.50 |
|  | $608.40 | $608.40 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of $101.40. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $101.40 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $473.71. Your starting balance (escrow balance required) according to this analysis should be $253.50. This means you have a surplus of $220.21. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be $608.40. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 50.70 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $50.70 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**AT COLUMBUS DIVISION**

| | |
|---|---|
| In Re: <br> Renee M. Leftenant <br><br> Debtor(s) | Case No.: 15-57414 <br><br> Chapter 13 <br><br> Judge: C. Kathryn Preston |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was electronically transmitted on the 7th day of March, 2019 via the Court`s CM/ECF system to the following who are listed on the Court`s Electronic Mail Notice list:

Frank M. Pees, Chapter 13 Trustee
130 East Wilson Bridge Road Suite 200
Worthington, OH 43085
trustee@ch13.org

U.S. Trustee Asst US Trustee (Col)
170 North High Street, Suite 200
Columbus, OH 43215

Steven D. Sundberg
Attorney for Debtor
3840 N. High St. Suite A
Columbus, OH 43214
Sundberg_law@hotmail.com

The undersigned certifies that a copy of the foregoing was transmitted on the 7th day of March, 2019 via regular U.S. mail, postage pre-paid:

Renee M. Leftenant
1873 Jermain Dr.
Columbus, OH 43219

/S/ Patricia L. Johnson
Patricia L. Johnson, Esq. (0076669)
Crystal L. Saresky, Esq. (0091328)
Gerner & Kearns Co., L.P.A.
7900 Tanners Gate Lane
Florence, KY 41042
Phone: (513) 241-7722
Fax: (859) 292-5300